P.R. LBF I

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

DEBTOR (S)
FRANCISCO SANTIAGO CASILLAS
HEDDY E. ALEJANDRO

PLAINTIFF(S)
SCOTIABANK

DEFENDANT(S)

CASE NO. 08-03248 (BKT)

CHAPTER 13

ADVERSARY NUMBER

## SUMMONS

To the above named defendant(s):

You are hereby summoned and required to serve upon **Marilyn Valdés Ortega, Esq.,** plaintiff's attorney (or if plaintiff is not represented by counsel, upon plaintiff), whose address is **P.O. Box 195596, San Juan, P.R. 00919-5596** either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve an answer upon plaintiff's attorney (or upon plaintiff if plaintiff is not represented by counsel) within thirty (30) days of the date of issuance of this summons issued by the Clerk (or by the following date prescribed by the Court.       ), except that the United States or an officer or agency thereof shall serve an answer to the complaint within thirty five (35) days after the issuance of the summons.

(If this summons and complaint is served in a foreign country), service of your answer must be served by the following date prescribed by the Court:

Your motion or answer must be filed with this Court

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

**MARIA DE LOS ANGELES GONZALEZ, ESQ**
CLERK, U.S. BANKRUPTCY COURT

Date of Issuance: SEP 12 2011

BY: _____
Intake Deputy Clerk

CERTIFICATE OF SERVICE

I, Norma Irene Diaz, certify that I am, and all times during the service (name) of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made MR. Peter Bessey President, CEO Scotiabank Puerto Rico by: September 13th, 2011. 273 Ponce de Leon Avenue Hato Rey PR 00918
(date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, address to:
273 Ponce de Leon Avenue
Hato Rey PR 00918

☐ Personal Service: By leaving the process with defendant or with an office or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following office of the defendant at :

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____
(name of state)
as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

09/13/2011                Norma Irene Diaz
Date                                           Signature

Print Name: Norma Irene Diaz
Business address: 420 P. de Leon Ave, Midtown Bldg Suite 401
City Hato Rey   State PR   Zip 00918

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7010 2780 0003 6515 3761

Sent To: Mr. Peter Bassey President
Street, Apt. No.; or PO Box No.: CEO Scotiabank Puerto Rico 273 Ponce de Leon Avenue
City, State, ZIP+4: Hato Rey, PR 00918

PS Form 3800, August 2006    See Reverse for Instructions